## TOBIAS C. ANDERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Tobias C. Anderson's petition for certification for appeal from the Appellate Court, 114 Conn. App. 778 (AC 29430), is denied.

KATZ and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Tobias C. Anderson*, pro se, in support of the petition.

Decided September 17, 2009